# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation) |
| v. | Case Number: 06-cr-00094-WYD-01 |
| | USM Number: 34154-013 |
| DALLAS RAY RATCLIFF | Edward Pluss, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 13, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Making False Statements to the Probation Officer | 09/26/2006 |
| 2 | Making False Statements to the Probation Officer | 10/02/2006 |

    The defendant is sentenced as provided in pages 3 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the Court file and retained by the United States Probation Department.

August 31, 2011
Date of Imposition of Judgment

s/ Wiley Y. Daniel
Signature of Judge

Wiley Y. Daniel, Chief U.S. District Judge
Name & Title of Judge

September 12, 2011
Date

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Making False Statements to the Probation Officer | 09/19/2007 |
| 4 | Making False Statements to the Probation Officer | 02/27/2009 |
| 5 | Failure to Notify Probation Officer of Change in Employment | 04/05/2010 |
| 6 | Failure to Notify Probation Officer of Change in Employment | 05/24/2010 |
| 7 | Excessive Use of Alcohol | 06/03/2010 |
| 8 | Violation of the Law | 12/10/2009 |
| 9 | Leaving the District Without Permission | 07/03/2011 |
| 10 | Making False Statements to the Probation Officer | 07/14/2011 |
| 11 | Opening an Additional Line of Credit Without the Approval of the Probation Officer | 07/07/2011 |
| 12 | Failure to Ingest Antabuse as Directed by the Probation Officer | 07/08/2011 |
| 13 | Failure to Participate in Drug Testing as Directed by the Probation Officer | 11/13/2010 |

DEFENDANT: DALLAS RAY RATCLIFF  
CASE NUMBER: 06-cr-00094-WYD-01                                           Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eighteen (18) months.

The Court recommends that the Bureau of Prisons designate the defendant to the least restrictive facility in Colorado.

The defendant shall surrender for service of sentence at the institution designated by the United States Bureau of Prisons before noon on October 3, 2011.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By _____  
Deputy United States Marshal